UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ALEXANDRO RAMON CETINA, § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-430 |
| § | |
| BOBBY LUMPKIN, Director, Texas § Department of Criminal Justice, Correctional § Institutions Division, § § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner Alexandro Ramon Cetina's action pursuant to 28 U.S.C. § 2254. After having reviewed said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 6 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's letter petition should be **DISMISSED** without prejudice and request for counsel be **DENIED** as moot.

The Clerk shall send a copy of this Order to the Petitioner and counsel for Respondent.
**SO ORDERED** May 3, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge